THE HONORABLE RONALD B. LEIGHTON

FILED ___ LODGED
___ RECEIVED

MAR - 5 2019

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                              DEPUTY

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WEB JOIST NORTHWEST CORP., a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>REDBUILT LLC, a Delaware limited liability company and CALIFORNIA STEEL AND TUBE, LLC, a Delaware limited liability company,<br><br>Defendants. | No. 3:18-cv-05122-RBL<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, through their undersigned counsel, hereby stipulate that this action, including each and every claim set forth therein, is dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

STIPULATION OF DISMISSAL- 1
(3:18-cv-05122-RBL)

4837-8159-1689.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

1 | DATED this 28th day of February, 2019

**Attorneys for Plaintiff Web Joist Northwest Corp.**

By: /s/ Michael E. Haglund
Bruce P. Babbitt, WSBA #4830
Jameson Babbitt Stites & Lombard
801 Second Avenue, Suite 1000
Seattle, WA 98104
(206) 292-1944
bbabbitt@jbsl.com

Michael E. Haglund, OSB #772030
Michael K. Kelley, OSB #853782
Eric J. Brickenstein, OSB #142852
200 SW Market Street, Suite 1777
Portland, OR 97201
(503) 225-0777
mhaglund@hk-law.com
kelley@hk-law.com
ebrickenstein@hk-law.com

STIPULATION OF DISMISSAL- 2
(3:18-cv-05122-RBL)

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4837-8159-1689.1

**Attorneys for Defendant California Steel and Tube, LLC**

By: /s/ Kathleen A. Nelson
Kathleen A. Nelson, WSBA #22826
LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
(206) 436-2020
Kathleen.Nelson@lewisbrisbois.com

Todd Seelman, Colorado SB #20469
John Cardinal Parks, Colorado SB #18669
Robin E. Alexander, Colorado SB #48345
LEWIS BRISBOIS BISGAARD & SMITH LLP
1700 Lincoln Street, Suite 4000
Denver, CO 80203
Todd.Seelman@lewisbrisbois.com
John.Parks@lewisbrisbois.com
Robin.Alexander@lewisbrisbois.com
Arthur.Biller@lewisbrisbois.com

**Attorneys for Defendant Redbuilt, LLC**

By: /s/ Paul R. Taylor
Paul R. Taylor, WSBA #14851
Nicholas Ryan-Lang, WSBA #45826
Byrnes Keller Cromwell, LLC
1000 Second Avenue, Suite 3800
Seattle, WA 98104
(206) 622-2000
ptaylor@byrneskeller.com
nryanlang@byrneskeller.com

Jeffrey S. Cashdan, Georgia SB #115775
Jonathan R. Chally, Georgia SB #141392
John C. Toro, Georgia SB #175145
King & Spalding LLP
1180 Peachtree St. NE
Atlanta, GA 30309
(404) 572-4600
jcashdan@kslaw.com
jchally@kslaw.com

STIPULATION OF DISMISSAL- 3
(3:18-cv-05122-RBL)

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4837-8159-1689.1

jtoro@kslaw.com
Katheryn E. Kuhn, CSB#1016839
King & Spalding LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
(213) 443-4319
kkuhn@kslaw.com

IT IS SO ORDERED THIS 5th DAY OF March, 2019

_____
UNITED STATES DISTRICT COURT JUDGE

STIPULATION OF DISMISSAL- 4
(3:18-cv-05122-RBL)

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4837-8159-1689.1